IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-76,491






ANTHONY BARTEE, Appellant



v.



THE STATE OF TEXAS






ON DIRECT APPEAL FROM CHAPTER 64 DNA PROCEEDINGS

FILED IN CAUSE NO. 1997-CR-1659

IN THE 175TH JUDICIAL DISTRICT COURT

BEXAR COUNTY




 Per Curiam.


O P I N I O N



 This is a direct appeal of the trial court's ruling in Texas Code of Criminal
Procedure Chapter 64 DNA proceedings filed in the 175th Judicial District Court of Bexar
County, Cause No. 1997-CR-1659, styled The State of Texas v. Anthony Bartee. 
Because appellant failed to comply with Texas Rule of Appellate Procedure 26.3, he has
failed to timely perfect his appeal. The appeal is, therefore, dismissed as untimely. 

Do not publish

Delivered: March 16, 2011